Case 4:25-cr-00204   Document 1   Filed on 05/01/25 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
FILED

*May 1, 2025*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> v. § <br> § <br> CORDELIA EGWIM, § <br> Defendant § <br> § | Criminal No. 4:25-cr- <br><br> **4:25-cr-204** |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1
False Statement Relating to Health Care Matters
(18 U.S.C. § 1035)

1. The Medicare Program ("Medicare") was a federal health care program providing benefits to individuals who were 65 years old or older or disabled. The United States Department of Health and Human Services, through its agency, the Centers for Medicare and Medicaid Services ("CMS"), oversaw and administered Medicare. Individuals who received benefits under Medicare were commonly referred to as Medicare "beneficiaries." Medicare was a "health care benefit program," as defined by Title 18, United States Code, Section 24(b) that affected commerce.

2. On or about May 4, 2021, in the Southern District of Texas, the Defendant,

CORDELIA EGWIM,

knowingly and willfully made materially false, fictitious, and fraudulent statements or representations in connection with the delivery of or payment for health care benefits, items, or services, in that the Defendant falsely certified that genetic testing for Y.P., a Medicare beneficiary, was "medically necessary for the risk assessment, diagnosis or detection of a disease, illness, impairment, symptom, syndrome or disorder." All in violation of Title 18, United States Code, Section 1035.

                        NICHOLAS GANJEI
                        UNITED STATES ATTORNEY

By:    *Alexander Alum*
       Alexander Alum
       Assistant United States Attorney